**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHAMITA GRIFFIN,** *Plaintiffs,* | § | |
| | § | |
| ***v.*** | § | **1:26-CV-160-ADA-DH** |
| | § | |
| **PEPSICO, INC. and ICIMS INC.,** *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 74. Judge Howell recommends that this Court **GRANT** PepsiCo and iCIMS's motions to dismiss (Dkts. 41, 58) and **DISMISS** each of Griffin's claims **WITH PREJUDICE**, except her claim under 8 U.S.C. § 1324b, which Judge Howell recommends this Court **DISMISS WITHOUT PREJUDICE**. *Id.* at 33. The report was filed on July 20, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections (Dkt. 75) on July 29, 2026. PepsiCo filed a response (Dkt. 76) on August 10, 2026, and iCIMS filed a response (Dkt. 77) on August 12, 2026. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 74), Plaintiff's objections

(Dkt. 75), PepsiCo's response (Dkt. 76), iCIMS's response (Dkt. 77) and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 74) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 75) are **OVERRULED**.

**IT IS FURTHER ORDERED** that PepsiCo and iCIMS's motions to dismiss (Dkts. 41, 58) are hereby **GRANTED**. Each of Griffin's claims are hereby **DISMISSED WITH PREJUDICE**, except her claim under 8 U.S.C. § 1324b, which is hereby **DISMISSED WITHOUT PREJUDICE**.

All other pending motions are hereby **DENIED AS MOOT**. The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 19th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE